

COMISION ESTATAL DE ELECCIONES

**ÁNGEL L. ROSA**
Secretario

**CEE-AC-20-248**

25 de agosto de 2020

MIEMBROS DE LA COMISIÓN
JAVAA
EDUCACIÓN Y ADIESTRAMIENTO
ENLACE Y TRÁMITE

**CERTIFICACIÓN DE ACUERDO Y DESACUERDO**
**SOLICITUD DE VOTO ADELANTADO ELECCIONES GENERALES Y PLEBISCITO 202**

Discutido el documento de epígrafe en la reunión de Comisión celebrada hoy, se **ACUERDA** que el documento contenga lo siguiente:

1. Que se mantenga la categoría de electores mayores de 60 años.

Por otra parte, se transcribe el **DESACUERDO** en cuanto a los siguientes puntos:

a) Método de Votación por Correo.

  **PNP** = A favor.

  **PPD** = A favor de que se envíen las papeletas por correo. En contra de que se devuelvan las papeletas por correo.

  **PIP** = A favor de que se envíen las papeletas por correo. En contra de que se devuelvan las papeletas por correo.

  **MVC** = A favor de que se envíen las papeletas por correo. En contra de que se devuelvan las papeletas por correo.

**PD** = A favor de que se envíen las papeletas por correo. En contra de que se devuelvan las papeletas por correo.

b) Categoría núm. 5 del Voto de Fácil Acceso.

**PNP** = A favor de mantener la categoría 5.

**PPD** = En contra. Que se mantenga únicamente la categoría 4 de cuidador único.

**PIP** = En contra. Que se mantenga únicamente la categoría 4 de cuidador único.

**MVC** = En contra. Que se mantenga únicamente la categoría 4 de cuidador único.

**PD** = En contra. Que se mantenga únicamente la categoría 4 de cuidador único.

Así se **acuerda y certifica**.

*[firma]*

Ángel L. Rosa Barrios