## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BELIA ARLENE OCASIO, ET AL.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **COMISION ESTATAL DE ELECCIONES, ET AL.,** <br><br> **Defendants.** | **CIVIL NO. 20-1432 (PAD)** |

### ERRATA SHEET

The Opinion and Order at Docket No. 42, is amended *nunc pro tunc*, as follows:

On page 1, line 9, replace the "," after voting with a ";"

On page 2, replace "I. BACKGROUND" with "I. INTRODUCTION"

On page 3, replace "I. BACKGROUND" with "II. PROCEDURAL BACKGROUND"

On page 4, replace "II. FACTUAL BACKGROUND" with "III. FACTUAL BACKGROUND"

On page 4, as part of footnote 2, line 2, replace "bride" with "bridge"

On page 4, first paragraph, line 1, add a parenthesis before "Docket No. 33)." So, it reads "The conference was held as scheduled (Docket No. 33)."

On page 12, first paragraph, line 2, replace "plaintiff" with "plaintiffs"

On page 12, replace "IV. CONCLUSION" with "V. CONCLUSION"

The amended Opinion and Order is attached.