IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BELIA ARLENE OCASIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COMISIÓN ESTATAL DE ELECCIONES, et al.<br><br>Defendants | CIVIL NO. 20-1432 (PAD) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR RECONSIDERATION PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**TO THE HONORABLE COURT:**

**COMES NOW** the Department of Justice of the Commonwealth of Puerto Rico, through the undersigned attorney, on behalf of Defendants, Comisión Estatal de Elecciones, Jessika Padilla, Acting President, in her official capacity, and very respectfully states, avers, and prays as follows:

1. On December 26, 2023, the Honorable Court entered an Opinion and Order granting in Part Plaintiff's Motion for Attorney's fees. [Docket No. 57].

2. On January 23, 2024, Defendants filed a Motion for Reconsideration, [Docket No. 58], which Plaintiffs opposed on March 7, 2024, [Docket No. 62], after being granted an extension of time, [Docket Nos. 60 and 61].

3. Defendants respectfully request an extension of time of seven (7) working days, until March 25, 2024, to file a Reply to Plaintiff's Opposition. This request is being made in good faith and will not cause prejudice to Plaintiffs.

**WHEREFORE,** Defendants respectfully request the Honorable Court to an extension of time of seven (7) working days, until March 25, 2024, to file a Reply to Plaintiff's Opposition to Motion for Reconsideration.

**WE HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 14th day of March 2024.

**DOMINGO EMANUELLI-HERNÁNDEZ**
Secretary of Justice

**SUSANA I. PEÑAGARÍCANO-BROWN**
Deputy Secretary in Charge of Litigation

**MARCIA I. PÉREZ LLAVONA**
Director of Legal Affairs
Federal Litigation and Bankruptcy Division

*S/ Idza Díaz Rivera*
IDZA DÍAZ RIVERA
USDC No. 223404
Department of Justice of Puerto Rico
Federal Litigation Division
PO Box 9020192
San Juan Puerto Rico, 00902-0192
Tel. (787) 721-2900, ext. 1421
Email: idiaz@justicia.pr.gov