# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BELIA ARLENE OCASIO, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>COMISIÓN ESTATAL DE ELECCIONES, *et al.*,<br><br>    *Defendants*. | Civil No. 20-cv-1432 (PAD) |

## PLAINTIFFS' MOTION TO WITHDRAW COUNSEL
## DALE E. HO AND MAKIKO HIROMI

TO THE HONORABLE COURT:

Pursuant to Local Rule 162(b), Plaintiffs Belia Arlene Ocasio and Efraín Colón Damiani, respectfully move the Court for leave to withdraw Dale E. Ho and Makiko Hiromi as counsel of record for Plaintiffs.  Mr. Ho is no longer employed by the American Civil Liberties Union Foundation, Inc.  In turn, Ms. Hiromi is no longer employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP.  Plaintiffs will continue to be represented by the undersigned counsel of record.

Dated:  May 17, 2024                                    Respectfully submitted,


                                                        /s/ Fermín L. Arraiza-Navas

Dated: May 17, 2024
San Juan, Puerto Rico

Respectfully submitted:

/s/ Fermín L. Arraiza-Navas
Fermín L. Arraiza-Navas
#215705
farraiza@aclu.org
(787) 966-3133

American Civil Liberties Union
of Puerto Rico
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493

Adriel I. Cepeda Derieux**
915 15th Street, NW
Washington, DC 20005
(202) 457-0800
acepedaderieux@aclu.org
(*Not admitted in the District of Columbia: practice limited pursuant to D.C. App. R. 49(c)(3)*)

Lissette A. Duran**
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
lduran@paulweiss.com
**Admitted *pro hac vice*

**CERTIFICATION**

    I hereby certify that I filed the within document via the ECF system on May 17, 2024, and that it is available for viewing and downloading to all counsel of record.

                                                                                 /s/ Fermín L. Arraiza-Navas
                                                                                   Fermín L. Arraiza-Navas